No. 638. JAYS FOODS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Bernard M. Kaplan* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.

No. 648. DEPARTMENT OF FISH AND GAME OF CALIFORNIA *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 659. PACIFIC POWER & LIGHT CO. *v.* FEDERAL POWER COMMISSION. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Charles E. Corker,* Assistant Attorney General, and *Burton J. Gindler* and *Ralph W. Scott,* Deputy Attorneys General, for petitioner in No. 648. *Gregory A. Harrison* and *Malcolm T. Dungan* for petitioner in No. 659. *Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock* and *Josephine H. Klein* for the Federal Power Commission. Briefs of *amici curiae,* in support of the petition in No. 648, were filed for their respective States by *John J. O'Connell,* Attorney General of Washington, and *Joseph L. Coniff, Mike Johnston* and *Dennis G. Seinfeld,* Assistant Attorneys General; *Robert Y. Thornton,* Attorney General of Oregon, and *Roy C. Atchison,* Assistant Attorney General; and *Jack P. F. Gremillion,* Attorney General of Louisiana. Reported below: 333 F. 2d 689.

No. 651. SHEFFIELD *v.* BROOKS, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied. *Thurman Arnold, Stuart J. Land, Hume Cofer* and *John D. Cofer* for petitioner.

No. 653. GLOBE SLICING MACHINE CO., INC., ET AL. *v.* HASNER ET AL. C. A. 2d Cir. Certiorari denied. *Roy E. Monaco* for petitioners. *Rogers M. Doering* for respondents.